

EXHIBIT A

# IN THE COURT OF COMMON PLEAS
# WARREN COUNTY, OHIO

| | |
|---|---|
| PAMELA NOEL<br>2020 Aaron Dr. Apt E<br>Middletown, OH 45044<br><br>      Plaintiff,<br><br>v.<br><br>WALMART INC.<br>c/o CT Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus, OH 43219<br><br>And<br><br>AETNA HEALTH INSURANCE COMPANY<br>c/o CT Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus, OH 43219<br><br>And<br><br>ANTHEM BLUE CROSS AND BLUE SHIELD<br>P.O. Box 105187<br>Atlanta, GA 30348<br><br>      Defendants. | Case No. 25CV099993<br><br>Judge DONALD E. ODA II<br><br>**COMPLAINT** |

## COUNT I

1. On or about May 4, 2024, Plaintiff Pamela Noel was a lawful invitee on the premises of the Walmart located at or about 2900 Towne Blvd. in Warren County, Ohio.

2. On or about May 4, 2024, Defendant Walmart Inc. owned and/or operated and/or managed and/or had employees at the Walmart premises located at 2900 Towne Blvd. in Warren County, Ohio.

3. At all times relevant herein, Defendant Walmart Inc. negligently and carelessly permitted a hazardous and unreasonably dangerous condition to exist on its premises in the form of liquid which had accumulated on the floor of the premises.

4. Defendant Walmart Inc., through its officers and employees, was responsible for creating this dangerous condition.

5. Defendant Walmart Inc. knew or should have reasonably known of said dangerous condition on its premises.

6. Defendant Walmart Inc. failed to warn or make safe said known dangerous condition.

7. The hazard presented by said dangerous condition was neither open nor obvious and could not be discovered upon ordinary inspection by invitees such as Plaintiff Pamela Noel.

8. As a direct and proximate result of Defendant Walmart Inc.'s negligence, on or about May 4, 2024, Plaintiff Pamela Noel slipped and injured herself on the hazardous condition.

9. As a direct and proximate result of Defendant Walmart Inc.'s negligence, Plaintiff Pamela Noel suffered bodily injuries and reasonably believes these injuries to be permanent.

10. As a direct and proximate result of Defendant Walmart Inc.'s negligence, Plaintiff Pamela Noel experienced severe pain and suffering, and reasonably expects to experience additional pain and suffering in the future.

11. As a direct and proximate result of Defendant Walmart Inc.'s negligence, Plaintiff Pamela Noel experienced loss of enjoyment of life and usual activities and reasonably expects to experience additional loss of enjoyment of life and usual activities in the future.

12. As a direct and proximate result of Defendant Walmart Inc.'s negligence, Plaintiff Pamela Noel has incurred medical expenses and will continue to incur such expenses in an amount to be proven at trial.

13. As a direct and proximate result of Defendant Walmart Inc.'s negligence, Plaintiff Pamela Noel has incurred other economic harm in an amount to be determined at trial.

## COUNT II

14. Plaintiff incorporates paragraphs 1 through 13 of this Complaint.

15. Upon information and belief, Defendant AETNA Health Insurance Company and Defendant Anthem Blue Cross and Blue Shield have paid certain medical expenses incurred by Plaintiff related to injuries sustained in this incident.

16. Defendant AETNA Health Insurance Company and Defendant Anthem Blue Cross and Blue Shield may have a right of recovery and should assert its claim at this time or be forever barred from doing so.

WHEREFORE, Plaintiff Pamela Noel demands judgment against Defendant Walmart Inc. in an amount in excess of $25,000, plus costs and any other relief the Court deems proper.

WHEREFORE, Plaintiff Pamela Noel further demands Defendant AETNA Health Insurance Company and Defendant Anthem Blue Cross and Blue Shield to set forth their subrogation interest, if any, or be forever barred from collection.

Respectfully submitted,

*/s/ Jason M. Persinger*
Jason M. Persinger        (0089419)
NORRIS PERSINGER LAW, LLC
7363 East Kemper Road, Suite A
Cincinnati, OH 45249
Telephone: (513) 822-2929
Fax:          (513) 987-9592
JPersinger@npinjurylaw.com
*Attorney for Plaintiff Pamela Noel*